SEALED

ND/GA PROB 12C
(6/12)

UNITED STATES DISTRICT COURT FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

for

APR 17 2017

NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# Violation Report and Petition For Warrant
# for Offender Under Supervision

2:17-mj-00319-NJK

Name of Offender: Stanley Edward King

Docket No. 1:09-CR-191-05-ODE
**UNDER SEAL**

Name of Sentencing Judicial Officer: Honorable Orinda D. Evans

Date of Original Sentence: December 16, 2010

Original Offense: Conspiracy to Possess with Intent to Distribute at Least Five Kilograms of Cocaine, 21 USC §§ 846, 841(a)(1) and 841(b)(1)(A)(ii)

Original Sentence: one hundred thirty-five months (135) imprisonment (May 3, 2016 Sentence Reduction: seventy-six months (76) imprisonment), ten (10) year term of supervised release. Special conditions: firearm restriction, drug aftercare, DNA collection, and a search condition. $2,000 fine to be paid at the monthly rate of $100.00, plus 25% of gross income in excess of $2,000.00 per month.

November 15, 2016 MODIFICATION for Sex Offender Treatment. The defendant shall attend, cooperate with, and actively participate in a sex offender treatment program, which may include polygraph examinations, as approved and directed by the probation officer, and as recommended by the assigned treatment provider.

Type of Supervision: Supervised Release    Date Supervision Commenced: November 3, 2016

Assistant U.S. Attorney: Cassandra Juliet Schansman    Defense Attorney: Howard Jarrett Weintraub

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

## Violation of Standard Conditions regarding *New Arrest*:

On April 16, 2017, at approximately 12:15 am, Stanley King was arrested by the Las Vegas, Nevada Metropolitan Police Department for Drawing a Deadly Weapon In a Threatening Manner and Disorderly Conduct. Prior to midnight, King and his wife entered the Firefly Tapas Bar. During conversation with another male, King stabbed the male victim in the neck with a knife. The victim, King and his wife, all fled the scene. Further investigation by the Las Vegas Police Department, led them to a local hospital where the victim was identified and interviewed. Authorities interviewed other patrons and staff at the Firefly Tapas

Bar, where King and his wife were identified, which led to a patrol of the area in search of their vehicle. During the pursuit, officers observed King's wife throw the knife out of the vehicle into a bush (Local authorities have advised the U.S. Probation Office, Las Vegas, Nevada that this matter is being investigated thoroughly and additional charges of "Attempted Murder" could be filed within the next few days.). King's wife was arrested for Conceal/Destroy Evidence. Both remain in the Clarke County Detention Center, Las Vegas, Nevada.

### Violation of a Special Condition regarding *Possession of a Dangerous Weapon*:

On April 16, 2017, Stanley King was arrested by the Las Vegas, Nevada Metropolitan Police Department after an investigation revealed that he was in possession of a knife at the Firefly Tapas Bar, where he stabbed a male victim in the neck.

## PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

None.

## PETITIONING THE COURT TO:

Issue a Warrant for Stanley Edward King and that he be brought back before the Court at Atlanta, Georgia, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____ 4/17/17
Tammie R. Boone           Date
Supervising U. S. Probation Officer

_____ 4-17-17
Rana R. Riner            Date
Supervising U. S. Probation Officer

---

## THE COURT ORDERS:

☒ The issuance of a Warrant.

☐ No Action

☐ Other

_____
Honorable Orinda D. Evans
Senior U. S. District Court Judge

April 17, 2017
Date

ATTEST: A TRUE COPY
CERTIFIED THIS
APR 17 2017
James N. Hatten, Clerk
By: Deputy Clerk