RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Stanley Edward King

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY EDWARD KING,<br><br>Defendant. | Case No. 2:17-cr-120-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Stanley Edward King, that the Revocation Hearing currently scheduled on Wednesday, April 26, 2017 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Undersign was recently appointed to the case and needs additional time to review and prepare.

2. The parties have entered into negotiations to resolve this case and undersign needs additional time to discuss the potential agreement with Mr. King.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 25th day of April, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY EDWARD KING,<br><br>　　　　Defendant. | Case No. 2:17-cr-120-JCM-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 26, 2017 at 10:00 a.m., be vacated and continued to May 9, 2017, at 10:00 a.m.

DATED April 25, 2017.

_____
UNITED STATES DISTRICT JUDGE